435 A.2d 259

Greenberg v. Nationwide Mutual Fire Insurance Company, Appellant.

Submitted June 13, 1980. Joseph F. Van Horn, Jr., for appellant; Robert A. Davitch, for appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Order affirmed.